UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LONG VAN NGUYEN,<br><br>    Defendant. | CASE NO. MJ 12-371<br><br>DETENTION ORDER |

<u>Offense charged</u>:   Conspiracy to Kill Person in Foreign Country; Solicitation to Commit a Crime of Violence

<u>Date of Detention Hearing</u>:   July 12, 2012.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a violation of 18 U.S.C. § 956. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant did not request an interview by Pretrial Services. Much of his current information is unknown or unverified. Defendant is currently under supervision of the U.S. Probation Office pursuant to conditions of supervised release imposed after conviction in this District for Conspiracy to Distribute Marijuana and Conspiracy to Engage in Money Laundering.

3. Defendant does not oppose entry of a detention order at this time.

4. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection

01     with a court proceeding; and

02  4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

03     for the defendant, to the United States Marshal, and to the United State Pretrial Services

04     Officer.

05     DATED this <u>12th</u> day of July, 2012.

06

07                                    Mary Alice Theiler
                                      United States Magistrate Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3